UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIGA KATASHVILI,<br><br>                              Petitioner,<br><br>         -against-<br><br>LADEON FRANCIS et al.<br><br>                              Respondents. | 26 Civ. 01398 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On February 18, 2026, Petitioner Giga Katashvili filed a petition for a writ of *h*abeas corpus pursuant to 28 U.S.C. § 2241.  *See* ECF No. 1.

The parties shall appear for a case management conference with the Court on **February 23, 2026** at **2:30 p.m.**  The conference will take place by telephone.  The Court will provide dial-in information in a separate order prior to the conference.

Counsel should confer in advance of the case management conference and submit a joint letter, no later than **February 23, 2026** at **9:00 a.m.,** stating whether the conference is necessary. In the letter, Respondents should also address (1) whether Petitioner was located in the Southern District of New York at the time that the Petition was filed, *see* ECF No. 1, ¶ 1 ("Petitioner . . . is in the physical custody of Respondents at the 26 Federal Plaza."); and (2) whether, if Respondents assert that Petitioner is detained pursuant to 8 U.S.C. § 1225(b)(2)(A), there is any basis to distinguish this case from *Weng v. Genalo*, No. 25 Civ. 9595 (JHR), 2026 WL 194248 (S.D.N.Y. Jan. 25, 2026) (and, if not, whether Petitioner would consent to denial of the writ—subject to preservation of Petitioner's arguments for appeal).[1]  If counsel do not believe a

---

[1] If Respondents believe that Petitioner was not in the Southern District of New York at the time the Petition was filed, then the parties should confer and state their positions on whether the Court should order immediate transfer to the District in which Petitioner was located at the time of filing.  *See, e.g., Öztürk v. Hyde*, 136 F.4th 382, 391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025).

conference is required, and that briefing is appropriate, counsel should propose a briefing schedule in the joint letter.

All counsel are required to register promptly as filing users on ECF. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-jennifer-h-rearden**.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

## CONCLUSION

No later than tomorrow, **February 20, 2026**, Petitioner's counsel shall (1) serve Respondents with a copy of the Petition and accompanying papers, along with a copy of this Order, at the Civil Division of the U.S. Attorney's Office, and (2) promptly file proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance.

SO ORDERED.

Dated: February 19, 2026
New York, New York

_____
Jennifer H. Rearden
United States District Judge